UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00028

**Charles Allen Jackson,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

# ORDER

Petitioner Charles Allen Jackson, proceeding pro se, filed this habeas action pursuant to 28 U.S.C § 2254 without paying the filing fee. Doc. 1. The case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b). On April 7, 2025, the magistrate judge issued a report and recommendation that this case be dismissed without prejudice for failure to comply with the court's orders. Doc. 10 at 2. A copy of the report was mailed to petitioner at his last known address and was received by someone at that address on April 11, 2025. Doc. 11. Petitioner did not file written objections and has failed to comply with the orders mentioned above.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice. Any pending motions are denied as moot. To the extent that petitioner's action would be limitations-barred upon refiling, petitioner remains free to file a Federal Rule of Civil Procedure 60(b) motion in this case. *See Millan v. USAA Gen. Indem. Co.*, 546 F.3d 321, 325–26 (5th Cir. 2008) (discussing the heightened standard of review applicable to dismissals without prejudice that have the effect of a dismissal with prejudice).

*So ordered by the court on August 27, 2025.*

J. CAMPBELL BARKER
United States District Judge